UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00231-SEB-TAB |
| | ) | |
| PARIS MURRAY, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation that

Paris Murray's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and  Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of 22 months with no supervised release to follow. This

sentence shall be served consecutive to the sentences Defendant received under Marion County,

Indiana, Superior Court, Case Nos. 49D02-2402-F3-003322 and 49D29-2408-CM-022396. The

Court recommends placement at FCI Marion.

**SO ORDERED.**

Date:  5/21/2026

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO